UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SAUL PUTZER, ) | |
|           Plaintiff, ) | Case No.  2:13-cv-00165-APG-CWH |
| vs. ) | **ORDER** |
| SHMUEL ATTAL, *et al.*, ) | |
|           Defendants. ) | |

      This matter is before the Court on Plaintiff's Motion for Clerk to Mail Plaintiff Free of Charge a File Stamped Copy of Every Document Submitted to the Court (#27), filed on April 2, 2014.  The Court notes that Plaintiff was a prisoner at the time his *in forma pauperis* application was submitted, but is not currently incarcerated.  As such, he has no copy work limit.  Accordingly, the Court will consider Plaintiff's request for copies of the entire docket without reference to the relevant standard regarding copy work limits.

      The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment.  "The granting of an application to proceed in forma pauperis does not waive the applicant's responsibility to pay expenses of litigation that not covered by 28 U.S.C. § 1915."  LSR 1-8.  Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not permitted plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need.  *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Here, Plaintiff has not stated any specific reason that he needs the documents he requests. He simply states that he no longer possesses the items. Therefore, Plaintiff's Motion will be denied without prejudice. If Plaintiff does have a specific need for these documents, he may file a renewed motion for the documents which states his specific need and provides a financial affidavit to demonstrate he cannot afford to pay for the copies.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clerk to Mail Plaintiff Free of Charge a File Stamped Copy of Every Document Submitted to the Court (#27) is **denied without prejudice**.

DATED: This 3rd day of April, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**