# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SAUL PUTZER, ) | |
| ) | Case No.  2:13-cv-00165-APG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| SHMUEL ATTAL, *et al*., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Susan Brager, Larry Brown, Tom Collins, Chris Giunchigliani, Mary Beth Scow, Steve Sisolak, and Lawrence Weekly's Motion for Attorney's Fees (doc. # 66), filed October 7, 2014.  No opposition was filed by Plaintiff.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  Accordingly, this Court grants Defendants' motion.

Based on the foregoing and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion for Attorney's Fees (doc. # 66) is **granted**.

DATED: November 10, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**