**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAVID SAUL PUTZER,<br><br>                         Plaintiff,<br><br>v.<br><br>SHMUEL ATTAL, et al.,<br><br>                         Defendants. | Case No. 2:13-cv-0165-APG-CWH<br><br>**ORDER DISMISSING DEFENDANTS SHMUEL ATTAL, ELTON SMITH, FARSIDE AND JOHN DONAHUE** |

On November 13, 2014, Plaintiff was advised by the court (Dkt. #78) that this action would be dismissed without prejudice as to defendants Shmuel Attal, Elton Smith, Farside, and John Donahue unless on or before December 13, 2014, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendants Shmuel Attal, Elton Smith, Farside, and John Donahue

Dated:  December 17, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE